**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ANTHONY SPENCER PHELPS,

          Civil Case No. 08-CV-10552

      Plaintiff,

          PAUL D. BORMAN

vs.

          UNITED STATES DISTRICT JUDGE

AMERICAN GENERAL
FINANCIAL SERVICES, ET AL.

          MONA K. MAJZOUB
          UNITED STATES MAGISTRATE JUDGE

      Defendants.

_____ /

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION IN FAVOR OF:
(1) GRANTING DEFENDANT AMERICAN GENERAL FINANCIAL SERVICES'
MOTION TO DISMISS AND
(2) DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

    Before the Court is the Magistrate Judge's July 30, 2008 Report and Recommendation in favor of granting Defendant American General Financial Services' Motion to Dismiss and denying Plaintiff's Motion for Default Judgment. (Dkt. No. 18). Having reviewed that Report and Recommendation, and there being no objections, the Court enters as its findings and conclusions the Report and Recommendation **GRANTING** Defendant American General Financial Services' Motion to Dismiss and **DENIES** Plaintiff's Motion for Default Judgment.

    **SO ORDERED.**

                                s/Paul D. Borman
                                PAUL D. BORMAN
                                UNITED STATES DISTRICT JUDGE

Dated: August 22, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 22, 2008.

                                                  s/Denise Goodine
                                                  Case Manager